■ Donovan Humphrey, Appellant, v Edward Campany et al., Defendants, and Ben Pennetta, Respondent. [957 NYS2d 261]

Present—Smith, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ Brenda Frank, as Parent and Natural Guardian of Alaina Frank, an Infant, Appellant-Respondent, v The Rochester General Hospital, Doing Business as Rochester General Hospital, Respondent-Appellant, et al., Defendants. [955 NYS2d 788]

Present—Smith, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.